Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | | | |
|---|---|---|---|
| In re: | ) | Chapter 7 | |
| Ellen Schnack | ) | | |
| | ) | No. 24-04490 | |
| | ) | | |
| Debtor | ) | Judge David D. Cleary | |

### NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on **05/08/2024, at 10:00 AM**, I will appear before the Honorable Judge David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, **or** electronically as described below, and present the motion of Codilis & Associates, P.C. for HSBC Bank USA, National Association, as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR4, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the Motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Michael Kelleher
Attorney for Movant

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-22-00089

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

I, Michael Kelleher, certify that I served a copy of this notice and the attached motion on each entity shown on the service list below at the address shown and by the method indicated on the list on April 29, 2024.

Aja M Carr Favors, Chapter 7 Trustee, P.O. Box 395, Oak Lawn, IL 60453 by electronic notice through ECF
Ellen Schnack, Debtor, 626 N. Taylor Avenue, Oak Park, IL 60302 by pre-paid first class U.S. Mail
Matthew C Baysinger, Attorney for Debtor, 747 E. Boughton Suite 219, Bolingbrook, IL 60440 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

/s/ Michael Kelleher
Attorney for Movant

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-22-00089

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| IN RE:<br><br>    Ellen Schnack<br><br>                                 Debtor | Chapter:  7<br><br>No.:  24-04490<br><br>Judge David D. Cleary |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** HSBC Bank USA, National Association, as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR4 (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay, and in support thereof states as follows:

1.    This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2.    The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 626 N Taylor, Oak Park, IL 60302;

3.    This security interest arose from a Note and Mortgage, executed on 03/23/2004, in the amount of $235,000.00 and modified on 06/01/2019 in the amount of $375,488.02;

4.    Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 03/27/2024;

5.   Movant is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

    a.    The Debtor is in default in the performance of the terms and conditions of said Note and Mortgage;

    b.    As of 04/03/2024, the Debtor is contractually due for the 09/01/2019 payment and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

    c.    As of 04/03/2024, the estimated default through and including 04/01/2024 is $119,565.51, which includes a suspense credit of $64.47. Any payments received after this date may not be reflected in this default;

    d.    As of 04/03/2024, the estimated payoff amount is $488,012.06. The estimated fair market value of the property is $345,000.00, per Debtor's Schedules. That to the best of Movant's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

    e.    The above is especially true when considering the cost of selling the property, as outlined below:

Fair Market Value: $345,000.00

Less Lien Payoff and Cost of Sale:
    Estimated Payoff: $488,012.06
    Payoff of Other Liens: $.00
    Broker's Commission (6% of FMV): $20,700.00
    Other Closing Costs (estimated): $2,000.00

Net Proceeds of Sale: ($165,712.06)
(assuming no capital gains need to be paid)

(Please note: From these proceeds, Debtor would be entitled to be paid $0.00 representing the homestead exemption)

    f.    Debtor's Statement of Intention is to surrender the property;

6. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have not been included in the calculation of any default figures quoted herein including:

      $950.00      for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

      $199.00      for Court filing fee

7. The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

8. PHH Mortgage Corporation services the underlying mortgage loan and note for the property referenced in this Motion for Relief for HSBC Bank USA, National Association, as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR4 (the noteholder) and is entitled to proceed accordingly. Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the debtor obtains a discharge and a foreclosure action is commenced or recommended, said foreclosure action will be conducted in the name of HSBC Bank USA, National Association, as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR4 (the noteholder). HSBC Bank USA, National Association, as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR4 (the noteholder) has the right to foreclose because: Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to Noteholder or has been duly endorsed.

**WHEREFORE,** HSBC Bank USA, National Association, as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR4 prays this Court enter an Order pursuant to 11 U.S.C. §362(d) modifying the automatic stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this April 29, 2024.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Michael Kelleher

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-22-00089

NOTE: This law firm is a debt collector.